CRAFTEX CORPORATION, PLAINTIFF-RESPONDENT, v. McCLELLAN STUDIOS, INCORPORATED, DEFENDANT-APPELLANT.

Submitted January term, 1930—Decided May 3, 1930.

Before Justices PARKER, BLACK and BODINE.

For the plaintiff-respondent, *Harcourt & Steelman.*

For the defendant-appellant, *William Charlton.*

PER CURIAM.

The complaint contains two counts, the first count alleges there is due the plaintiff from the defendant the sum of $792.79 with interest from the 26th of October, 1927; on a book account. The second count alleges there is due the plaintiff the sum of $792.79 for sundry goods sold and delivered, between January 3d, 1927, and October 20th, 1927, under an agreement between the parties, that the plaintiff should charge a reasonable price for the goods sold. The defendant filed an answer and counter-claim. The trial resulted in a directed verdict for the plaintiff for the sum of $848.18 and a verdict of no cause of action, as to the defendant's counter-claim.

At the close of the plaintiff's case, the defendant moved for a nonsuit as to both counts, which was refused by the trial court, to which ruling an exception was noted. This is the alleged error as a ground of appeal. No testimony was offered by the defendant. It is sufficient to say, as part of the plaintiff's evidence, *Exhibit P*-3a and *Exhibit P*-5a were introduced into evidence, being letters, *Exhibit P*-3a signed J. B. McClellan and *Exhibit P*-5a signed McClellan Studios, Incorporated, LeRoy D. McClellan, treasurer, in which *Exhibit P*-3a, it is stated, "but about the 1st of September we will pay *some* off, as soon as business picks up we will clear up the balance. Trusting you will grant us this length of time;" *Exhibit P*-5a, "we will start payment of your account in the latter part of January as we are not doing a thing at this time." This evidence precludes a nonsuit by the trial court.

Finding no error in the record the judgment of the Atlantic County Circuit Court is therefore affirmed.